UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                            ) | No. 20-cr-00063-PB |
| ) | |
| WILLIAM SOTO               ) | |

## AMENDED SUPERSEDING INFORMATION

The United States charges:

### COUNT ONE
### [18 U.S.C. §2(a) and 21 USC §841(a)(1) & (b)(1)(C) – Aiding and Abetting with Intent to Distribute Controlled Substances]

On or about February 25, 2020, in the District of New Hampshire, the defendant,

**WILLIAM SOTO,**

aided and abetted by another, did knowingly and intentionally possess with the intent to distribute controlled substances, specifically, heroin, a Schedule I controlled substance and a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2(a) and Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

All in violation of Title 18, United States Code, Section 2(a) and 21 United States Code, Section 841(a) & (b)(1)(C).

Dated: April 2, 2021

JOHN J. FARLEY
Acting United States Attorney

/s/ Joachim H. Barth
Joachim H. Barth
Assistant U.S. Attorney